# MORISON-KNOX HOLDEN & PROUGH, LLP

| | | | |
|---|---|---|---|
| WILLIAM C. MORISON-KNOX<br>THOMAS HOLDEN<br>MICHAEL D. PROUGH<br>MARC J. DEREWETZKY † | JOHN J. RASMUSSEN ‡<br>JON K. ADAMS<br>ROBERT CHRISTENSEN | 500 YGNACIO VALLEY ROAD<br>SUITE 450<br>POST OFFICE BOX 8068<br>WALNUT CREEK, CALIFORNIA 94596-8068<br>TELEPHONE: (925) 937-9990<br>FACSIMILE: (925) 937-3272<br>E-MAIL: mhp@morison-knox.com | **VIRGINIA OFFICE**<br>600 EAST MAIN STREET, SUITE 2150<br>RICHMOND, VIRGINIA 23219<br>TELEPHONE: (804) 343-7200<br>FACSIMILE: (804) 343-0913 |

RICHARD A. EGGERTH*
PHILIP D. WITTE*
BRIAN E. SIMS*
TOM K. HAMMITT*
ROBERT J. SCOTT, JR.*†
ALISON F. GREENE*
WENDY WOOLPERT*
JOEL M. EADS*+
LAURENCE S. NEAR*
KI YUN HWANG
TAMARA A. HUSBANDS
DENAE H. BUDDE
KEVIN T. STREIT○
KAREN G. LEVY
GARY W. BERDEEN ○
VANCE A. WOODWARD✧
P. BETTY SU

†ALSO ADMITTED IN NEVADA
‡ALSO ADMITTED IN VIRGINIA
+ADMITTED ONLY IN PENNSYLVANIA
 AND NEW JERSEY
○ADMITTED ONLY IN VIRGINIA
✧ALSO ADMITTED IN NEW YORK
*SENIOR COUNSEL

**PENNSYLVANIA OFFICE**
1500 MARKET STREET
12TH FLOOR, EAST TOWER
PHILADELPHIA, PENNSYLVANIA 19102
TELEPHONE: (215) 246-3439
FACSIMILE: (215) 569-8228

**NEVADA OFFICE**
IN AFFILIATION WITH
DEREWETZKY & ASSOCIATES, LLP
330 SOUTH THIRD STREET, SUITE 1010
LAS VEGAS, NEVADA 89101
TELEPHONE: (702) 366-0366
FACSIMILE: (702) 366-1166

MICHAEL D. STOKES
(1960-1996)

June 17, 2005

<u>SUBMITTED VIA PACER</u>

Honorable Susan Illston
United States District Court
Northern District - San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94012

Re: <u>Calpine Corp. v. Ace American Ins. Co.</u>,
No. C-05-0984 SI (N.D. Cal.)

Dear Judge Illston:

Enclosed is a signed stipulation and proposed order that I trust is consistent with your clerk's suggestion, moving the date of the hearing on ACE's motion to dismiss in the above matter to July 1, 2005. ACE's reply brief will still be filed today. Assuming you approve, please sign the order and direct your clerk to file it. Thank you for your courtesy and cooperation.

Very truly yours,

Brian E. Sims

<u>Enclosure</u>

1  WILLIAM C. MORISON-KNOX (No. 99981)
   THOMAS HOLDEN (No. 130277)
2  BRIAN E. SIMS (No. 127835)
   MORISON-KNOX HOLDEN & PROUGH, LLP
3  500 Ygnacio Valley Road, Suite 450
   Walnut Creek, CA 94596
4  Telephone: (925) 937-9990
   Facsimile: (925) 937-3272
5
   Attorneys for Defendant
6  ACE AMERICAN INSURANCE COMPANY

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 | CALPINE CORPORATION,              )  Case No. C-05-0984 SI
                                       )
11 |                Plaintiff,         )  STIPULATION AND ORDER TO
                                       )  RESCHEDULE HEARING ON
12 |       vs.                         )  DEFENDANT'S MOTION TO DISMISS
                                       )  COMPLAINT OR, IN THE
13 | ACE AMERICAN INSURANCE COMPANY,   )  ALTERNATIVE, TO DISMISS THIRD
                                       )  CLAIM FOR RELIEF PURSUANT TO
14 |                Defendant.         )  FEDERAL RULE OF CIVIL
                                       )  PROCEDURE 12(b)(6)
15                                     )
                                       )
16                                     )  Date: June 30, 2005
                                       )  Time: 9:00 a.m.
17                                     )  Courtroom: 10
                                       )
18

19   THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS

20 FOLLOWS:

21   The hearing on Defendant ACE AMERICAN INSURANCE COMPANY'S Motion to

22 Dismiss Complaint or, in the Alternative, to Dismiss Third Claim for Relief Pursuant to Federal Rule

23 of Civil Procedure 12(b)(6), previously set for June 24, 2005, will be rescheduled to July 1, 2005 at

24 9:00 a.m. Defendant ACE AMERICAN INSURANCE COMPANY'S reply memorandum in support

25 of its motion must be filed electronically no later than June 17, 2005.

26 / / /

27 / / /

28 / / /

1 | IT IS SO STIPULATED.
2 | DATED: June 17, 2005    BABIN & SEEGER, LLP
3 |
4 | By: _____
          Martin L. Seeger, IV
5 |
      Attorneys for Plaintiff
6 |   CALPINE CORPORATION

7 | DATED: June 7, 2005    MORISON-KNOX HOLDEN & PROUGH, LLP
8 | By: _____
          Brian E. Sims
9 |
10 |  Attorneys for Defendant ACE AMERICAN
      INSURANCE COMPANY
11 |
12 |
13 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
14 |
15 | Dated: June __, 2005

**DENIED**

Judge Susan Illston

Stipulation and Order to Continue Briefing
Case No. C-05-0984 SI

-2-