IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPINE CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendant.<br>_____/ | No. C 05-00984 SI<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS.** |

On July 1, 2005, the Court heard arguments on defendant's motion to dismiss. After careful consideration of the papers submitted, the Court hereby GRANTS defendant's request for judicial notice of the McVay complaint and GRANTS defendant's motion to dismiss plaintiff's claim under California Insurance Code § 790.03 without leave to amend. The Court DENIES defendant's request for judicial notice of the insurance policy and DENIES the motion to dismiss the breach of contract and breach of implied covenant of good faith and fair dealings claims; the Court finds that the issues raised in these motions can better be determined after a fuller development of the factual record. The Court will work with counsel at the July 8, 2005 case management conference to develop a schedule for the expeditious resolution of these questions by summary judgment or otherwise.

**IT IS SO ORDERED.**

Dated: July 1, 2005

SUSAN ILLSTON
United States District Judge