1  MARTIN L. SEEGER, IV (SBN: 58264)
   BABIN & SEEGER, LLP
2  3550 Round Barn Boulevard, Suite 201
   Santa Rosa, California 95403
3  Telephone: (707) 526-7370
   Facsimile: (707) 526-0307
4
   Attorneys for Plaintiff
5  CALPINE CORPORATION

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 CALPINE CORPORATION, a California          CASE NO. 3:05-CV-00984-SI
   Corporation,

13         Plaintiff,                         **STIPULATION AND ORDER
                                              TO CONTINUE CASE
14 v.                                         MANAGEMENT CONFERENCE**
                                              [Local Rules 6-2, 7-12]
15
   ACE AMERICAN INSURANCE
16 COMPANY,

17         Defendant.

18 _____/

19

20 THE PARTIES HERETO, BY AND THROUGH THEIR COUNSEL OF RECORD,

21 STIPULATE AS FOLLOWS:

22

23     The Initial Case Management Conference, currently scheduled before the

24 Honorable Susan Illston on July 8, 2005 at 2:00 p.m., shall be continued for three

25 weeks, to July 29, 2005 at 2:00 p.m.

26     I hereby attest that I have on file all holograph signatures for any signatures

27 indicated by a "conformed" signature (/S/) within this efiled document.

28 ///

                                    1
                  STIPULATION AND ORDER TO CONTINUE HEARING

1  IT IS SO STIPULATED.

2

3  DATED: July ___, 2005                    BABIN & SEEGER, LLP

4                                           /S/

5                                           _____
                                            Martin L. Seeger, IV
                                            Attorneys for Plaintiff
6                                           CALPINE CORPORATION

7  DATED: July ___, 2005                    MORISON-KNOX HOLDEN & PROUGH, LLP

8

9                                           /S/

10                                          _____
                                            Thomas Holden
11                                          Brian Sims
                                            Attorneys for Defendant
12                                          ACE AMERICAN INSURANCE COMPANY

13

14

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18
    DATED: July ___, 2005                   _____
19                                          Honorable Susan Illston
                                            United States District Judge
20

*APPROVED — Judge Susan Illston (signature)*

2

STIPULATION AND ORDER TO CONTINUE HEARING