1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    CALPINE CORPORATION,                      No. C 05-00984 SI
9                   Plaintiff,                 **ORDER**
10     v.
11   ACE AMERICAN INS. CO.,
12                   Defendant.
                                       /
13
14          The Court has reviewed plaintiff's Notice of Bankruptcy Filing and Automatic Stay of Proceedings
15   indicating that plaintiff in this case have now filed for bankruptcy protection under Chapter 11 of the United
16   States Bankruptcy Code.
17          This case clearly meets the criteria of Guide to Judiciary Policies and Procedures, Chapter V of Volume
18   XI, for statistical closing.
19          THEREFORE IT IS HEREBY ORDERED that this case shall be closed.
20
21   Dated: 1/3/06
22                                             _____
23                                             SUSAN ILLSTON
                                               United States District Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California