1  MARTIN L. SEEGER, IV (SBN: 58264)
   BABIN & SEEGER, LLP
   3550 Round Barn Boulevard, Suite 201
2  Santa Rosa, California 95403
   Telephone: (707) 526-7370
3  Facsimile:  (707) 526-0307

4  Attorneys for Plaintiff
   CALPINE CORPORATION
5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | CALPINE CORPORATION, a California | CASE NO. 3:05-CV-00984-SI
   | Corporation, |
12 |  | **STIPULATION FOR TELEPHONIC**
   | Plaintiff, | **APPEARANCE AT THE CASE**
13 |  | **MANAGEMENT CONFERENCE AND**
   | v. | **PROPOSED ORDER**
14 |  |
   | ACE AMERICAN INSURANCE |
15 | COMPANY, | Date:      February 23, 2007
   |  | Time:      2:30 p.m.
16 | Defendant. | Courtroom: 10
   | _____/ | Judge:     Hon. Susan Illston
17

18

19        The parties to this action, by and through their counsel of record, hereby stipulate

20 and agree to appear by telephone at the Further Case Management Conference scheduled

21 for February 23, 2007, at 2:30 p.m., in Courtroom 10. The following counsel will be making

22 the telephonic appearances:

23        <u>Attorneys</u>                              <u>Party Represented</u>

24 Martin L. Seeger, IV, Esq., (707) 526-7370    Plaintiff CALPINE CORPORATION

25 Brian E. Sims, Esq., (925) 937-9990           Defendant ACE AMERICAN
                                                  INSURANCE COMPANY
26

27                                     1

28 _____
   STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1   I hereby attest that I have on file all holograph signatures for any signatures by a
2   "conformed" signature (/S/) within this e-filed document.
3
4   DATED: February 9, 2007          BABIN & SEEGER, LLP
5                                    /S/
6                                    _____
                                     Martin L. Seeger, IV
                                     Attorneys for Plaintiff
7                                    CALPINE CORPORATION
8
9
10  DATED: February 9, 2007          MORISON-KNOX HOLDEN & PROUGH, LLP
11                                   /S/
12                                   _____
                                     William C. Morison
                                     Thomas Holden
13                                   Brian E. Sims
                                     Attorneys for Defendant
14                                   ACE AMERICAN INSURANCE
                                     COMPANY
15
16
17
18
19
20
21
22
23
24
25
26
27                                   2
28  _____
    STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

**PROPOSED ORDER**

Based upon the above Stipulation, counsel for the parties may make telephonic appearances at the Case Management Conference scheduled for February 23, 2007, at 2:30 p.m., in Courtroom 10.

DATED: _____    _____
                          UNITED STATES DISTRICT COURT JUDGE