1  MARTIN L. SEEGER, IV  (SBN: 58264)
   BABIN & SEEGER, LLP
   3550 Round Barn Boulevard, Suite 201
2  Santa Rosa, California  95403
   Telephone:  (707) 526-7370
3  Facsimile:    (707) 526-0307

4  Attorneys for Plaintiff
   CALPINE CORPORATION
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 CALPINE CORPORATION, a California          CASE NO. 3:05-CV-00984-SI
   Corporation,
12                                            **STIPULATION FOR TELEPHONIC**
              Plaintiff,                      **APPEARANCE AT THE CASE**
13                                            **MANAGEMENT CONFERENCE AND**
        v.                                    **PROPOSED ORDER**
14
   ACE AMERICAN INSURANCE
15 COMPANY,
                                              Date:        February 23, 2007
                                              Time:        2:30 p.m.
16            Defendant.                      Courtroom:   10
                                      /       Judge:       Hon. Susan Illston
17

18

19      The parties to this action, by and through their counsel of record, hereby stipulate

20 and agree to appear by telephone at the Further Case Management Conference scheduled

21 for February 23, 2007, at 2:30 p.m., in Courtroom 10.  The following counsel will be making

22 the telephonic appearances:

23      <u>Attorneys</u>                           <u>Party Represented</u>

24 Martin L. Seeger, IV, Esq., (707) 526-7370   Plaintiff CALPINE CORPORATION

25 Brian E. Sims, Esq., (925) 937-9990          Defendant ACE AMERICAN
                                                INSURANCE COMPANY
26

27                                     1

28 ─────────────────────────────────────────────────────────────────────
   STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

1  I hereby attest that I have on file all holograph signatures for any signatures by a
2  "conformed" signature (/S/) within this e-filed document.
3
4  DATED: February 9, 2007                    BABIN & SEEGER, LLP
5                                             /S/
6                                             _____
                                               Martin L. Seeger, IV
7                                              Attorneys for Plaintiff
                                               CALPINE CORPORATION
8
9
10 DATED: February 9, 2007                    MORISON-KNOX HOLDEN & PROUGH, LLP
11                                            /S/
12                                            _____
                                               William C. Morison
13                                             Thomas Holden
                                               Brian E. Sims
14                                             Attorneys for Defendant
                                               ACE AMERICAN INSURANCE
15                                             COMPANY
16
17
18
19
20
21
22
23
24
25
26
27                                        2
28 ─────────────────────────────────────────────────────────────────────────────
   STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

| | |
|---|---|
| 1 | **PROPOSED ORDER** |

2   Based upon the above Stipulation, counsel for the parties may make telephonic
3   appearances at the Case Management Conference scheduled for February 23, 2007, at
4   2:30 p.m., in Courtroom 10.

6   DATED: _____          _____
                                    UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER