| | |
|---|---|
| 1 | MARTIN L. SEEGER, IV (SBN: 58264)<br>BABIN & SEEGER, LLP |
| 2 | 3550 Round Barn Boulevard, Suite 201<br>Santa Rosa, California 95403 |
| 3 | Telephone: (707) 526-7370<br>Facsimile: (707) 526-0307 |
| 4 | Attorneys for Plaintiff |
| 5 | CALPINE CORPORATION |
| 6 | WILLIAM C. MORISON (SBN: 99981)<br>THOMAS HOLDEN (SBN: 130277) |
| 7 | BRIAN E. SIMS (SBN: 127835)<br>MORISON-KNOX HOLDEN & PROUGH, LLP |
| 8 | 500 Ygnacio Valley Road, Suite 450<br>Walnut Creek, CA 94596 |
| 9 | Telephone: (925) 937-9990<br>Facsimile: (925) 937-3272 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPINE CORPORATION, a California Corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>ACE AMERICAN INSURANCE COMPANY,<br><br>             Defendant.<br>_____/ | CASE NO. 3:05-CV-00984-SI<br><br>**STIPULATION CONTINUING OPERATIVE DATES FOR MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER**<br><br>Date:       May 25, 2007<br>Time:      9:00 a.m.<br>Courtroom: 10<br>Judge:     Hon. Susan Illston |

WHEREAS, the hearing for Motion for Summary Judgment is currently scheduled for May 25, 2007, at 9:00 a.m., in Courtroom 10 of the United States District Court for the Northern District of California; and

WHEREAS, counsel for the parties to this litigation have met and conferred as to all

1

STIPULATION CONTINUING OPERATIVE DATES FOR MOTION FOR SUMMARY JUDGMENT 3:05-CV-00984-SI

1 pertinent motion matters and have complied, to the best of their abilities, and have agreed
2 to this Stipulation continuing the operative dates for the motion; and
3     WHEREAS, the present action is a declaratory relief action and mediation is
4 scheduled in the underlying wrongful death and survival matter, entitled McVay v. Calpine,
5 pending in the Santa Clara County Superior Court, Case Number 104CV026059, that
6 coincides with the filing date for the Motion(s) for Summary Judgment; and
7     WHEREAS, counsel believe that their clients' best interests will be better served if
8 the operative dates for the summary judgment motion(s) are continued for at least sixty (60)
9 days;
10     IT IS HEREBY STIPULATED by and between the parties hereto, through their
11 attorneys of record, as follows:
12     1. The hearing date for the Motion for Summary Judgment, now set for May 25,
13 2007, be continued at least 60 days to another date convenient to the Court and counsel,
14 but not earlier than July 27, 2007, so that the mediation in the underlying case of McVay v.
15 Calpine, Santa Clara Superior Court Case Number 104CV0206059 can be conducted, and
16 so that the deposition of the Person Most Knowledgeable for Defendant ACE American
17 Insurance Company can be taken in Chicago, Illinois. All operative filing dates for the
18 Motion for Summary Judgment moving papers, opposition and reply will be re-calendared
19 accordingly, based on the new motion hearing date.
20     2. The parties agree that this agreement is made in good faith and for the
21 purpose of efficient case management. The parties agree that this Stipulation may be
22 executed by facsimile and by counterparts.
23 / / /
24 / / /
25 / / /
26 / / /

| | | |
|---|---|---|
| 1 | DATED: April 17, 2007 | BABIN & SEEGER, LLP |
| 2 | | /S/ |
| 3 | | _____ |
| | | Martin L. Seeger, IV |
| | | Attorneys for Plaintiff |
| 4 | | CALPINE CORPORATION |
| 5 | | |
| 6 | DATED: April 17, 2007 | MORISON-KNOX HOLDEN & PROUGH, LLP |
| 7 | | /S/ |
| 8 | | _____ |
| | | William C. Morison |
| 9 | | Thomas Holden |
| | | Brian E. Sims |
| 10 | | Attorneys for Defendant |
| | | ACE AMERICAN INSURANCE |
| 11 | | COMPANY |

3

STIPULATION CONTINUING OPERATIVE DATES FOR MOTION FOR SUMMARY JUDGMENT 3:05-CV-00984-SI

**ORDER ON STIPULATION**

GOOD CAUSE APPEARING THEREFORE, pursuant to the signed Stipulation between the parties, IT IS HEREBY ORDERED:

1. The Stipulation Continuing Operative Dates for Motion for Summary Judgment is granted. The hearing date for the Motion for Summary Judgment, currently scheduled for May 25, 2007, is vacated. The filing dates for the moving papers, any opposition, and any reply, are also vacated.

2. The Motion for Summary Judgment is assigned a new hearing date of __August 3,_____, 2007, at 9:00 a.m., in Courtroom 10. The moving papers for the Motion for Summary Judgment must be filed by __June 29_____, 2007. Any Opposition must be filed by __July 13,_____, 2007. Any Reply to Opposition must be filed by __July 20, 2007_____, 2007.

DATED: _____           _____
                                UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION CONTINUING OPERATIVE DATES FOR MOTION FOR SUMMARY JUDGMENT 3:05-CV-00984-SI