1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    CALPINE CORPORATION,                              No. C 05-00984 SI

9              Plaintiff,                              **ORDER GRANTING PLAINTIFF'S
                                                       REQUEST FOR CONTINUANCE OF
10     v.                                              HEARING ON DEFENDANT'S MOTION
                                                       FOR SUMMARY JUDGMENT**
11   ACE AMERICAN INSURANCE COMPANY,

12             Defendant.
     _____/

13

14         Plaintiff has filed a request for continuance of the hearing on defendant's motion for summary

15   judgment, which is currently scheduled for August 3, 2007.  Having considered the papers submitted,

16   and for good cause shown, the Court GRANTS plaintiff's request.  Hearing on the motion for summary

17   judgment is hereby continued to **September 7, 2007**.  Should the parties wish to conduct discovery on

18   the issue of whether Endorsement Number 17 applies in this case, they may promptly do so.  Any

19   additional evidence on the issue of whether Endorsement Number 17 applies must be submitted to the

20   Court on or before **August 31, 2007**.  [Docket No. 50]

21         **IT IS SO ORDERED.**

22

23   Dated:  August 2, 2007                    _____
                                               SUSAN ILLSTON
24                                             United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California