```
 1  WILLIAM C. MORISON-KNOX (No. 99981)
    THOMAS HOLDEN (No. 130277)
 2  BRIAN E. SIMS (No. 127835)
    MORISON-KNOX HOLDEN & PROUGH, LLP
 3  500 Ygnacio Valley Road, Suite 450
    Walnut Creek, CA 94596
 4  Telephone: (925) 937-9990
    Facsimile: (925) 937-3272
 5
    Attorneys for Defendant
 6  ACE AMERICAN INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALPINE CORPORATION, | ) Case No. C-05-0984 SI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) RESCHEDULE HEARING ON |
| vs. | ) DEFENDANT'S MOTION FOR |
| | ) SUMMARY JUDGMENT AND |
| ACE AMERICAN INSURANCE COMPANY, | ) RELATED MATTERS |
| Defendant. | ) Date: September 7, 2007 |
| | ) Time: 9:00 a.m. |
| | ) Courtroom: 10 |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

The hearing on Defendant ACE AMERICAN INSURANCE COMPANY'S Motion for Summary Judgment, previously set for September 7, 2007, will be rescheduled to September 28, 2007 at 9:00 a.m. The parties are to submit any additional evidence no later than September 21, 2007.

The hearing on Plaintiff CALPINE CORPORATION's Motion to Compel, previously set for September 7, 2007, will also be rescheduled to September 28, 2007 at 9:00 a.m.

///

///

1  IT IS SO STIPULATED.

2  DATED: August 24, 2007        BABIN & SEEGER, LLP

3
4                                By: _____
                                         Martin L. Seeger, IV
5
                                 Attorneys for Plaintiff
6                                CALPINE CORPORATION

7
8  DATED: August 24, 2007        MORISON-KNOX HOLDEN & PROUGH, LLP

9                                By: _____
                                         Brian E. Sims
10
11                               Attorneys for Defendant ACE AMERICAN
                                 INSURANCE COMPANY
12

13
14 PURSUANT TO STIPULATION, IT IS SO ORDERED:

15 DATED: _____, 2007

16                               _____
                                 Honorable Susan Illston
17                               United States District Judge