IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPINE CORPORATION, | No. C 05-00984 SI |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

On Friday, September 21, 2007, both parties filed supplemental submissions concerning defendant's motion for summary judgment. The hearing on defendant's motion is currently scheduled for September 28, 2007. Having read the parties' supplemental submissions, the Court finds that it would be useful to have each party respond to the other party's supplemental submissions. Each party has until October 5, 2007, to submit additional material in response to the supplemental submissions. The hearing on the motion for summary judgment is continued to **October 12, 2007**, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 25, 2007

SUSAN ILLSTON
United States District Judge